# UNITED STATES BANKRUPTCY COURT
## Western District of New York
100 State Street
Rochester, NY 14614
www.nywb.uscourts.gov

---

In Re:

Thomas Otis Bosket
  xref Thomas O. Bosket, xref Thomas
  Bosket, xref Tom Bosket

SSN/TaxID:  xxx–xx–9118

Case No.: 2–05–21992–JCN
Chapter: 7

                  Debtor(s)

---

Peter Scribner, Trustee

             Plaintiff(s)

A.P. No.: 2–06–02073–JCN

    v.

Thomas Otis Bosket
Donald O. Bosket

             Defendant(s)

---

# NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of an Order, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on May 25, 2007. The undersigned deputy clerk of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code, The Federal Rules of Bankruptcy Procedure.

Dated: May 25, 2007

Paul R. Warren
Clerk, U.S. Bankruptcy Court

By:  P. Finucane
     Deputy Clerk

**Form ntcentry**
Doc 20